Before STATE INDUSTRIAL BOARD, Respondent. B. C. YOUNKMAN, Respond·· ent, v. ALLMAN CONSTRUCTION CORPORATION and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. BECKIE ZUCKERMAN and Others, Respondents, v. THE BEST SERVICE WET WASH LAUNDRY Co., INC., Appellant.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that claimant was an independent contractor. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. THEODORE ANDERSON, Respondent, v. JARRETT-CHAMBERS COMPANY, INC., and Another, Appellants.— Award affirmed, with costs to the State Industrial Board, on the ground that the contract of employment was made in New York between a New York employee and a New York employer, and on the authority of *Matter of Post* v. *Burger & Gohlke* (216 N. Y. 544); *Matter of Spratt* v. *Sweeney & Gray Co.* (168 App. Div. 403; affd., 216 N. Y. 763); *Matter of Klein* v. *Stoller & Cook Co.* (220 id. 670) and *Matter of Fitzpatrick* v. *Blackall & Baldwin Co.* (Id. 671). All concur, except H. T. Kellogg and Hinman, JJ., dissenting on the ground that the evidence taken since the reversal of the former award (210 App. Div. 543) brings the claim within the condemnation of *Donohue* v. *Robertson Co.* (205 id. 176) and *Matter of Smith* v. *Heine Safety Boiler Co.* (224 N. Y. 9), the work in which claimant was engaged at the time of the accident being isolated construction work in New Jersey and not incidental to any hazardous employment carried on by the employer in the State of New York.

Before STATE INDUSTRIAL BOARD, Respondent. PAOLO AUDI, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Award reversed and matter remitted to the State Industrial Board.

CHARLES C. BULLOCK, JR., and Another, Respondents, v. CHARLES M. STUART, JR., Appellant.— Judgment unanimously affirmed, with costs.

COMMERCIAL CREDIT CORPORATION, Respondent, v. LOUIS A. HOPKINS, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. SOLOMON COHEN, Respondent, v. CHAMBERS BROTHERS and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ANTHONY CARLENO, Respondent, v. AMERICAN AGRICULTURAL AND CHEMICAL COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ARTHUR CORRT, Respondent, v. DONNER STEEL COMPANY, INC., Appellant.— Award reversed and matter remitted to the State Industrial Board, on the ground that the failure to give written notice of the injury has not been properly excused, the court expressing no opinion as to the computation of the award. All concur.

JOHN CUZDEY, an Infant, by LAWRENCE CUZDEY, His Guardian ad Litem, Respondent, v. MUNICIPAL GAS COMPANY OF THE CITY OF ALBANY, Appellant. LAWRENCE CUZDEY, Respondent, v. MUNICIPAL GAS COMPANY OF THE CITY OF ALBANY, Appellant.— Judgments and orders unanimously affirmed, with one bill of costs. Hinman, J., not sitting.